PK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Gregory D. Williams

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City Of Chicago, Chicago Police
Department, Sgt. Schnier #1273,
P.O. W. Lepine #7736, P.O. Carter #5068,
P.O. E. Shegres #8214, P.O. Wherfel #5363,
P.O. Papke #4904, P.O. Ugarte #15050,
P.O. Joseph Papke #19642

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

JUN 08 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-6019
Judge Joan B. Gottschall
Magistrate Judge Sidney I. Schenkier
PC4

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Gregory D. Williams

B. List all aliases: N/A

C. Prisoner identification number: I.U.# 2015-1111-101

D. Place of present confinement: Cook County Department of Corrections

E. Address: 2600 S. California, P.O. Box 089002, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: City Of Chicago

Title: City Of Chicago

Place of Employment: State Of Illinois

B. Defendant: Chicago Police Department

Title: Chicago Police Department

Place of Employment: City Of Chicago

C. Defendant: Sgt. Schnier #1273

Title: Sargent

Place of Employment: Chicago Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

## II. Defendant(s). (Continued)

D. Defendant: P.O. Lepine #7736
   Title: Police Officer
   Place of Employment: Chicago Police Department

E. Defendant: P.O. Carter #5068
   Title: Police Officer
   Place of Employment: Chicago Police Department

F. Defendant: P.O. E. Shearer #8214
   Title: Police Officer
   Place of Employment: Chicago Police Department

G. Defendant: P.O. Wherfel #5363
   Title: Police Officer
   Place of Employment: Chicago Police Department

H. Defendant: P.O. Papke #4964
   Title: Police Officer
   Place of Employment: Chicago Police Department

I. Defendant: P.O. Ugarte #15050
   Title: Police Officer
   Place of Employment: Chicago Police Department

J. Defendant: P.O. Joseph Papke #19642
   Title: Police Officer
   Place of Employment: Chicago Police Department

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Williams v. Williams Civil docket # 1:15-cv-01440

B. Approximate date of filing lawsuit: 02/12/2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Gregory D. Williams

D. List all defendants: Terry Williams

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Honorable Robert M. Dow Jr.

G. Basic claim made: Cruel and unusual punishment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated

I. Approximate date of disposition: 07/31/2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the night of March 6, 2014 at, or around 8:05pm the Plaintiff Gregory D. Williams unlawfully arrested by members of the "City Of Chicago", Chicago Police Departments' narcotics team C6. While under the supervision of Sgt. Schnier Star #1273; narcotic team C6 officers P.O. W. Lepine Star #7736, P.O. Carter Star #5068, P.O. E. Shearer Star #8214, P.O. Wherfel Star #5363, P.O. Papke Star #4904, P.O. Ugarte Star #15050, and P.O. Joseph Papke Star #19643, alledgedly formulated a plan to make a controled narcotics purchase. As stated above; on the night of March 6, 2014, the Plaintiff Gregory D. Williams was literally just walking down the street when he was approached from behind and hit over the head with a gun while being forced up against a black iron fence by an unknown man in plain cloths which was later found out to be P.O. Carter Star #5068. After being released over to Enforcement officers; P.O. E. Shearer Star #8214, P.O. Wherfel Star #5363 and P.O. Papke Star #4904, the Plaintiff was searched and placed in hand cuffs. The Plaintiff stated to Enforcement officers that he was on Parole and that he worked for the Department of Human Services, and that he was a full time College student at Strayer University. After the Plaintiff was unlawfully search and cuffed, and had revealed

the info' about himself, he was placed in an unmarked car and transported straight to Homan Square station. While being held at Homan Square station the Plaintiff Gregory D. Williams was approached by P.O. Wherfel 5363 (star#) and P.O. E. Shearer 8214 (star#), and was asked to wear a wire for them on some well known drug dealers that the officers were looking for. When the Plaintiff Gregory D. Williams told the officers he didn't know the guys that they were looking for, and that he refuse to allow the officers to place his and his familys' life in danger, they responded by telling the Plaintiff, "either he'd comply or they'd make sure he went to jail." Shortly after the two P.O.s: Wherfel 5363 (star#) and Shearer 8214 (star#) left the Plaintiffs holding cell, P.O. Carter 5068 (star#) came in the Plaintiffs cell and yet again gave the Plaintiff the option to either help himself get free by working for the City of Chicagos', C.P.D. narcotics team C6 or he'd be sent back to (NRC) - Northern Receiving Center. A place were all Parolees are sent if charged with a crime while on Parole. The Plaintiff stated to P.O. Carter 5068 (star#) that he refused to be black-maled in to placing his and his familys' life in danger. Officer Carter 5068 (star#) then left the Plaintiffs holding cell, but when he returned he had the entire narcotics team C6 with him; Sgt. Schnier 1273 (star#), P.O. W. Lepine 7236 (star#), P.O. E. Shearer 8214 (star#), Wherfel 5363 (star#), Papke 4904 (star#), Ugarte 15050, and

5

Revised 9/2007

P.O. Joseph Papke 19648 star#. When the Plaintiff went into a verbal dispute with C.P.D.'s narcotics team C6 over; if he wasn't being charged with a crime, (the officers continuously told the Plaintiff he wasn't charged with a crime), or haven't been read his Miranda Rights he refused to remove his religious head gear - (Cufi and prayer beads). The Plaintiff states that, even though he was in cuffs, he was still choked nearly to the point of blacking out by P.O. Wherfel 5363 star# and thrown to the floor and attacked by the entire narcotics team being continuously stomped and kicked in his chest and stomach areas by everyone. The City of Chicagos' C.P.D. narcotics team C6 then fabricated reports against the Plaintiff shortly after their attack on him and framed the Plaintiff by unlawfully charging him with with Manufacturing Delivery to a P.O.. The Plaintiff was denied the requested Medical attention numerous times by City of Chicagos' C.P.D.'s narcotics team C6; the Plaintiff was then transported from C.P.D.'s Homan Square station over to C.P.D.'s area #4 11th district station for booking where he was continuously yet again denied his request for possibly needed Medical attention.

My Claim is for:
#(1) False Arrest -

6

(P#6.1) "False Arrest" (Continued from page #6)

As stated above; City of Chicagos', C.P.D narcotics team C6, Sgt. Schnier star# 1273, P.O. W. Lepine star# 7736, P.O. Carter star# 5068, P.O. E. Shearer star# 8214, P.O. Wherfel star# 5363, P.O. Papke star# 4904, P.O. Ugarte star# 15050, and P.O. Joseph Papke star# 19642, in order to cover up the continuous corruption that takes place in C.P.D.'s Homan Square station. The previously stated officers of narcotics team C6 fabricated reports in order to frame the Plaintiff Gregory D. Williams with the charge of Manufacturing Delivery to a P.O.. Because the Plaintiff refused to allow the officers to black-male him in to wearing a wire in order for Narcotics team C6 to build a case against some well known dealers; and the Plaintiff refused to allow his and his family lives to be placed in danger for no justifiable cause, the Plaintiff was unlawfully arrested and subjected to un-warranted levels of excessive force.

Damages warranted: 3.5 million

#2 My Claim is for: Excessive Force —

On the night of March 6, 2014, the Plaintiff

(P#6.2) "Excessive Force" (Continued from page #6.1)

Gregory D. Williams was literally just walking down a City of Chicago street, not in any violations of any State nor Federal law when he was suddenly approached from behind and hit over the head with a gun while being forced up against a black iron fence by an unknown man in plain cloths, which was later found out to be P.O. Carter start# 5068. Yet again; while being held inside the City of Chicagos', C.P.D.s' Homan Square station, the Plaintiff Gregory D. Williams was subjected to unwarranted levels of "excessive force" by C.P.D.s' narcotics team-C6; Officers Carter start# 5068, Sgt. Schnier start# 1273, P.O. W.-Lepine start# 7736, P.O. E. Shearer start# 8214, P.O. Wherfel start# 5363, P.O.-Papke start# 4904, P.O. Ugarte start# 15050 and P.O. Joseph Papke start# 19642. When the Plaintiff went into a verbal dispute with C.P.D.s' narcotics team C6 over; if he wasn't being charged with a crime, (the officers continuously told the Plaintiff he wasn't charged with a crime), or haven't been read his Miranda-Rights he refused to remove his religious head gear-(Cufi and-Prayer beads). The Plaintiff was hand cuffed and choked nearly to the point of blacking out by P.O. Wherfel start# 5363 and thrown to the floor and attacked by the entire narcotics team C6; the team continuously stomped and kicked the Plaintiff in his chest and stomach areas.

    Damages Warranted: 3.5 million

(P.#6.3)    (Continued from Page #6)

My Claim is for:
#(3) Emotional Distress -

Due to the actions of the City of Chicagos' C.P.D.s' narcotics team C6; Sgt. Schnier Star# 1273, P.O. W. Lepine Star# 7736, P.O. Carter Star# 5068, P.O. E. Shearer Star# 8214, P.O. Wherfel Star# 5363, P.O. Papke Star# 4904, P.O. Ugarte Star# 13050, P.O. Joseph Papke Star# 19642; the Plaintiff Gregory D. Williams was not able to attend his aunties' funeral that past away March 6, 2014, to say his final good byes. The Plaintiff was subjected to extreme levels of stress from the sudden end to his college education as a full time student at Strayer Universitys' Chicagos' campus, from the actions of the above said City of Chicagos', C.P.Ds' narcotics team C6 officers. At the time of the Plaintiffs unlawful arrest; not only was the Plaintiff a full time student, the Plaintiff suffered severe levels of Emotional Distress from the sudden end of his continuously growing career at the Department of Human Services as a (P.A.) - Personal Assistant. During the beginning of the Plaintiffs' nearly 14 month wait for trial; the Plaintiff was held in I.D.O.C.s' Northern Receiving Center for 5 months, where for 4½ of those months the Plaintiff suffer extremely

(P.#6.4)

(Continued from page #6.3)

high levels of "Emotional Distress" from the mental anguish of having an abscess on his tooth for 4½ months.

   Damages Warranted: 3-5 million

(#4) My Claim is for:
 Lost Wages —
  The actions of the previously stated officers of the City of Chicago's C.P.D. narcotics' team C6; caused the Plaintiff Gregory D. Williams to miss $22,356 in earning from the Department of Human Services. The Plaintiff is also in dept $4,020 to financial institutions that he owes for school from Strayer-University.

   Damages warranted:
    $26,376

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For this honorable Court to grant me Compensatory Damages in the amount of 3.5 million for the extreme levels of Emotional Distress, and severe level of mental anguish that I've endured. Also for this honorable Court to grant me Punitive Damages in the amount of 3.5 million for the unwarranted actions of the Defendants depriving me of my livelyhood without a Justifiable reason, and whatever other Damages or compensations this Court see's fit.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Gregory D. Williams_
(Signature of plaintiff or plaintiffs)

Gregory D. Williams
(Print name)

2015-1111-101
(I.D. Number)

Cook County Department of Corrections
2600 S. California, P.O. Box 089002
Chicago, IL 60608
(Address)